IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LEANDRE M. LITTLE**                                                                      **PLAINTIFF**

**v.**                            **CASE NO. 2:23-CV-00089-BSM**

**ERIC VARNER,** *et al.*                                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE